JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 7061

FINANCE ONE, INC.

Plaintiff,

-v-

D.W. AMERICA, INC., JAE CHUL CHUNG, JAE HUN JUNG and KWANG B. PARK

Defendant

Case No. 08 CIV. _____

Rule 7.1 Statement

RECEIVED
AUG 08 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff Finance One, Inc.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: 8/6/08

Signature of Attorney

Attorney Bar Code: JPC-3673

Form Rule7_1.pdf  SDNY Web 10/2007