UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FINANCE ONE, INC.,

                                Plaintiff,

   -against-

D.W. AMERICA, INC., JAE CHUL
CHUNG, JAE HUN JUNG and
KWANG B. PARK,

                              Defendants.

------------------------------------------------------------X

08 civ. 7061 (SAS)
ECF Case

AFFIDAVIT OF SERVICE UPON
DEFENDANT JAE HUN JUNG

AO 440 (Rev. 10/93) Summons in a Civil Action     **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, COMPLAINT, ECF RULE AND PROCEDURES TOGETHER WITH RULES OF JUDGE SCHEINDLIN AND MAGISTRATE FOX, EXHIBITS** |
| EFFECTED (1) BY ME: | **CHRISTOPHER OBIE** |
| TITLE: | **PROCESS SERVER**     DATE: 08/19/2008 07:33PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

JAE HUN JUNG

Place where served:

7 MULBERRY COURT   PARAMUS NJ 07652

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JAE HUN JUNG

Relationship to defendant: SELF

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: YELLOW   HAIR: BLACK   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ ____.____     SERVICES $ ____.____     TOTAL $ ____.____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/19/2008     _____ L.S.     8/19/08

SIGNATURE OF CHRISTOPHER OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
Commission Expires Dec. 7 2010

| | |
|---|---|
| ATTORNEY: | JAMES P. CINQUE |
| PLAINTIFF: | FINANCE ONE, INC. |
| DEFENDANT: | D.W. AMERICA, INC., ET ALS |
| VENUE: | DISTRICT |
| DOCKET: | 08 CV 7061 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

HW