UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| FINANCE ONE, INC., | 08 CIV. 7061 (SAS) |
| | ECF Case |
| Plaintiff, | |
| | AFFIDAVIT OF SERVICE |
| -against- | OF SUMMONS AND |
| | COMPLAINT UPON |
| D.W. AMERICA, INC., JAE CHUL | <u>JAE CHUL CHUNG</u> |
| CHUNG, JAE HUN JUNG and | |
| KWANG B. PARK, | |
| Defendants. | |

------------------------------------------------------------X

STATE OF NEW YORK

COUNTY OF NEW YORK

KATHY A. CRESSWELL being duly sworn deposes and says:

1. I am over the age of 18 and am not a party to this action.

2. Defendant Jae Chul Chung executed a "Continuing Guarantee" on June 27, 2007, which is attached as Exhibit C to the complaint in this action.

3. The address provided by Mr. Chung in the "Continuing Guarantee" was 201 Essex Street, Oradell, NJ 07649. Pursuant to paragraph 19 of this document Mr. Chung was obligated to provide "immediate written notice of any change in his address." Upon information and belief, Mr. Chung never provided plaintiff with such written notice.

4. On August 19, 2008 a licensed process server went to 201 Essex Street,

Oradell, NJ to serve Mr. Chung and reported that the house was empty (see Exhibit "A").

     5. Paragraph 19 of the "Continuing Guarantee" provides that notices may be given by "United States Mail, first class postage pre-paid" addressed to "Guarantor at his address set forth next to his signature thereon." On August 22, 2008 I mailed copies of the summons and complaint, ECF Instructions, Judges' rules and Local Rule 7.1 Statement to Mr. Chung by United States Mail, first class postage pre-paid, addressed to him both at the address set forth next to his signature on the "Continuing Guarantee" (201 Essex Street, Oradell, NJ 07649) and to his office address (Sep Plus, Inc. 22 West 37th Street, Suite 400, New York, NY 10018).

_____
KATHY A. CRESSWELL

Sworn to before me this

22nd day of August, 2008.

_____
JAMES P. CINQUE
Notary Public, State of New York
No. 02CI6036343
Qualified in New York County
Commission Expires March 27, 20 _10_

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - UNION, NJ 07083
Phone: (908) 687-0056   Toll free: (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
Web: www.Served.com   -   Email: Info@Served.com

Your Process   20080818113908   Was
NOT SERVED!

NOT Served Upon:         **JAE CHUL CHUNG**
NOT Served Date/Time:    **8/19/2008   1:24:26PM**
At HOME:                 **201 ESSEX STREET    ORADELL NJ 07649**

Visit us at www.SERVED.com to get the latest status of your process. Your firm ID is: **621B5D6E**

In the Case/Docket:   **08 CV 7061**  Claim:
Plaintiff:            **FINANCE ONE, INC.**
Defendant:            **D.W. AMERICA, INC., ET ALS**
Attorney:             **JAMES P. CINQUE**  Phone: **2127595515**  Fax: **2127597737**  Email: cinque845@aol.com
Firm:                 **CINQUE & CINQUE, P.C.**
                      **845 THIRD AVENUE   NEW YORK, NY 10022**

THIS PROCESS COULD BE SERVED! WE MAY BE ABLE TO SERVE YOUR PROCESS IF WE HAVE YOUR AUTHORIZATION TO FURTHER INVESTIGATE THIS MATTER!

## AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

To order search check desired box, sign authorization and fax back to us immediately at **800-236-2092**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $49.95 FEE.

[X] Skip Trace * - $75.00 - No Find, No Pay           [ ] Affidavit of Due Diligence - Call (908) 687-0056

[ ] Postal Forwarding - Call (908) 964-3190           [ ] Stake out - Hours: _____

[ ] DMV - MVC - Call (908) 964-3190
                                                      _____  ___/___/___
[ ] Corporate Search - Call (908) 964-3190            AUTHORIZING SIGNATURE    DATE

We were unable to serve your process for the following reason:
**THIS HOUSE IS EMPTY THERE IS NOTHING INSIDE. THERE IS A LOCK BOX ON THE FRONT DOOR. THE NEIGHBORS ALSO STATED THAT ENTITY MOVED OUT A COUPLE OF MONTHS AGO. WE RECOMMEND A SKIP TRACE.**

EXHIBIT A