UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| FINANCE ONE, INC., | 08 CIV. 7061 (SAS) |
| | ECF Case |
| Plaintiff, | |
| | AFFIDAVIT OF SERVICE |
| -against- | OF SUMMONS AND |
| | COMPLAINT UPON |
| D.W. AMERICA, INC., JAE CHUL | D.W. AMERICA, INC. |
| CHUNG, JAE HUN JUNG and | |
| KWANG B. PARK, | |
| Defendants. | |

-------------------------------------------------------------X

STATE OF NEW YORK

COUNTY OF NEW YORK

KATHY A. CRESSWELL being duly sworn deposes and says:

1. I am over the age of 18 and am not a party to this action.

2. On August 8, 2008 I caused copies of the summons and complaint, ECF Instructions, Judges' rules and Local Rule 7.1 Statement to be served upon defendant D.W. America, Inc. by certified mail, return receipt requested, to said defendant at its offices located at 226 West 37th Street, Suite 400, New York, New York 10018.

3. I understand that service by certified mail, return receipt requested, is authorized pursuant to Section 11 of the Collection Date Factoring Agreement dated April

30, 2007 between plaintiff and defendant D.W. America, Inc.

4. Annexed hereto collectively as Exhibit "A" is a copy of the return receipt signed by Norman Nitsdikp together with the U.S. Post Office "Track & Confirm" notification advising delivery was made at 12:51 p.m. on August 15, 2008.

_____
KATHY A. CRESSWELL

Sworn to before me this

20th day of August, 2008.

_____

JAMES P. CINQUE
Notary Public, State of New York
No. 02CI6039343
Qualified in New York County
Commission Expires March 27, 20 10



UNITED STATES POSTAL SERVICE
NEW YORK NY 100
15 AUG 2008 PM 9 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

James P. Cirque, Esq.
Cirque & Cirque, PC
845 Third Avenue, Suite 1400
New York, NY 10022

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Norman M. Tsuduko   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>D.W. America, Inc.<br>226 W. 37th Street<br>Suite 400<br>New York, NY 10018 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0220 0001 4961 0195 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm  FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 0220 0001 4961 0195**
Status: **Delivered**

Your item was delivered at 12:51 PM on August 15, 2008 in NEW YORK, NY 10018.

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA   

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                 8/19/2008